# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| **CARLOS ENRIQUE DELGADO PENA,** | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. 4:03CV1437SNL/DDN |
| | ) | |
| **JOHN ASHCROFT,** Attorney General of the United States; and **TOM RIDGE,** Secretary of the Dept. of Homeland Security, | ) ) ) ) ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge David D. Noce (#13), filed May 4, 2005 is **SUSTAINED, ADOPTED** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that respondents' motion to dismiss (#12) be and is **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#8) be and is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that respondents' motion to transfer (#11) be and is **DENIED AS MOOT.**

**IT IS FINALLY ORDERED** that this cause of action is **DISMISSED** with no further action to be taken in this matter.

Dated this   9th   day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE